Christian F. A. Dambmann, *Appellant, v.* Herman Schulting, *Respondent.* — Order reversed, without costs. Opinion by Brady, J.

James M. Nichols, *Respondent, v.* Thomas A. Nelson, *Appellant.* — Judgment reversed and judgment ordered for defendant on demurrer. Opinions by Brady and Daniels, JJ.

In the Matter of Sarah Turk. — Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Richard P. Smith, *Appellant, v.* Gabriel Elias and another, *Respondents.* — Judgment affirmed. Opinion by Davis, P. J.

Union Dime Savings Bank, *Respondent, v.* Mary J. Quinn, *Appellants.* — Judgment affirmed. Opinions by Brady and Daniels, JJ.

Michael Sullivan and another, *Plaintiffs, v.* James Miller and another, *Defendants.* — Order affirmed, without costs. Opinion by Brady, J.

Harriet L. Not, *Respondent, v.* John J. Carroll, *Appellant.* — Judgment affirmed. Opinion by Davis, P. J.

William Berg, *Respondent, v.* The Tilly Foster Iron Manufacturing Company, *Appellant.* — Judgment and order affirmed, with costs. Opinion by Daniels, J.

John Hurd, *Respondent, v.* The Hannibal and St. Joseph Railroad Company, *Appellant.* — Judgment affirmed. Opinion by Daniels, J.

Attorney-General *v.* Continental Life Insurance Company. — Order reversed, without costs. Opinion by Brady, J.

Henry A. Barnum, *Appellant, v.* Oscar Tomagno, *Respondent.* — Motion for reargument denied, with ten dollars costs. Opinion by Daniels, J.

Elijah R. Kennedy, *Respondent, v.* Samuel L. Harris, *Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Charles H. Jordan, *Respondent, v.* Bernard Reilly, *Appellant.* — Judgment and order affirmed. Opinion by Daniels, J.

Myra L. Howard, *Appellant, v.* James Irving Howard, *Respondent.* — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Davis, P. J.

Edward Harrison and another, *Respondents, v.* William Peters, *Appellant.* — Order reversed and attachment vacated, with ten dollars costs and disbursements. Opinion by Daniels, J.

E. L. Doughty and others *Respondents, v.* The Manhattan Brass Company, *Appellants.* — Judgment affirmed, with costs. Opinion by Davis, P. J.

Sarah Adeline Lloyd, *Respondent, v.* William T. Lloyd, *Apellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.